UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ADRIANA GONZALEZ CASE No.: 5:16-CV-22

Plaintiff,

v.

SSRM1, LLC a Florida
Limited Liability Company;
MARIE BURLESON, an individual;
MIKE SHEA, an individual; and
SAMUEL BENEBY, an individual.

Defendants.
_______________________________________/

**PARTIES' JOINT STIPULATION OF DISMSSAL**

COMES NOW, Plaintiff Adriana Gonzalez and Defendants SSRM1, LLC, a Florida Limited Liability Company; Marie Burleson, an individual, Mike Shea, an individual, and Samuel Beneby, an individual, by and through counsel and pursuant to the Local Rules for the Middle District of Florida and the Federal Rules of Civil Procedure jointly notify the Court of Dismissal of this Action against the individually named Defendants, Marie Burleson, Mike Shea, and Samuel Beneby, and would state as follows:

1. Plaintiff Adriana Gonzalez filed the instant action against Defendants for overtime wages allegedly due to Plaintiff pursuant to the Fair Labor Standards Act (FLSA). Plaintiff claimed that, as an hourly employee of Dunkin Donuts in Ocala, Florida, her time worked was adjusted downward by her managers and therefore, Plaintiff was not paid properly.

2. Prior to the filing of the lawsuit, the Corporate Defendant in this matter, SSRM1, LLC, sold the Dunkin Donuts where the Plaintiff worked. The individually named Defendants, who were managers or assistant managers at the Dunkin Donuts, left employment at about the same time the stores were sold, and they are not able to be located at this time.

3. A settlement was reached between Plaintiff Adriana Gonzalez and the corporate Defendant, SSRM1, LLC, and a motion to approve the settlement and dismiss the case along with an executed settlement agreement are filed herewith.

**WHEREFORE,** the Parties jointly notice dismissal without prejudice of this matter as to the individually named Defendants, Marie Burleson, Mike Shea, and Samuel Beneby.

/s/ David B. Goulfine
David B. Goulfine, Esquire
Florida Bar No.: 0018448
DGoulfine@sbtrial.com
**SIBONI & BUCHANAN, PLLC**
1900 SE 18th Ave.
Suite 300
Ocala, FL 34471
Tel: 352 629-7441
Fax: 352 629-7745
Counsel for Plaintiff

/s/ Robert Blanchfield
Robert E. Blanchfield, Esquire
Florida Bar Number: 0361800
bob@blanchfieldlawfirm.com.
**ROBERT BLANCHFIELD, P.A.**
127 West Fairbanks Ave.
Suite 272
Winter Park, FL 32789
(407) 497-0463 Phone
(407) 386-8022 Facsimile
Counsel for Defendants

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 9th day of March, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice of electronic filing to all counsel of record in this matter.

/s/ David B. Goulfine_______
Counsel for Plaintiff